UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-01185-SVW-AS | Date | March 31, 2015 |
|---|---|---|---|
| Title | Z. B. et al v. City of Pasadena et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On December 14, 2014, the Court ordered plaintiffs' counsel, within ninety days, to file a separate case for each plaintiff.

To date, plaintiff's counsel has failed to any separate case.

Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than April 14, 2015 why this action should not be dismissed as to all defendants.

:

Initials of Preparer         PMC